# UNITED STATES DISTRICT COURT
FOR THE
# DISTRICT OF RHODE ISLAND

**STATE OF RHODE ISLAND,** by and through the **RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT** and **PATRICK LYNCH, ATTORNEY GENERAL**

*Plaintiffs*

vs.

**BROOK VILLAGE ASSOCIATES LIMITED PARTNERSHIP** and **CENTERDALE MANOR ASSOCIATES**

*Defendants*

[redacted] 05 203 S

**Civil Action No.**

## PLAINTIFF'S MOTION TO CONSOLIDATE

The State of Rhode Island ("State") hereby moves pursuant to Rule 42(a) of the Federal Rules of Civil Procedure to consolidate the within matter with *United States v. Brook Village Associates L.P. et al., C.A. No. 05-195(S),* filed with this Court on May 6, 2005. In support of its motion, the State relies on the supporting memorandum of law filed herewith.

Submitted by:

STATE OF RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
By its attorney:

Brian A. Wagner (R.I. Bar No. 4033)
Deputy Chief Legal Counsel
RIDEM – Office of Legal Services
235 Promenade St.
Providence, RI 02908

Tel. – (401) 222-6607
Fax - (401) 222-3378

PATRICK LYNCH, ATTORNEY GENERAL
By his attorney:

Terence Tierney (R.I. Bar No. 2583)
Assistant Attorney General
R.I. Department of the Attorney General
150 North Main St.
Providence, RI 02903

Tel. – (401) 274-4400
Fax – (401) 273-4270

SCANNED (3)

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **STATE OF RHODE ISLAND,** by and through the **RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT** and **PATRICK LYNCH, ATTORNEY GENERAL** | CA 05 203 S |
| *Plaintiffs* | |
| vs. | **Civil Action No.** |
| **BROOK VILLAGE ASSOCIATES LIMITED PARTNERSHIP** and **CENTERDALE MANOR ASSOCIATES** | |
| *Defendants* | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO CONSOLIDATE**

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure a party may move the Court for an order consolidating two or more actions pending before the Court for joint hearing or trial whenever the actions in question involve common questions of law or fact. The Plaintiff, the State of Rhode Island (the "State") seeks to consolidate the within matter with *United States v. Brook Village Associates L.P. et al., C.A. No. 05-195(S),* filed with this Court on May 6, 2005. The State contends that the state and federal actions warrant consolidation because they involve the same subject matter, the same defendants and assert federal question jurisdiction under the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended, 42 U.S.C. §§ 9607 and 9613 ("CERCLA").

3

Rule 42(a) of the Federal Rules of Civil Procedure states that:

> When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

The State identifies the following common issues of law and fact support the consolidation of this matter with *United States v. Brook Village*.

1. The cases involve the same two defendants.

2. The subject matter of both cases involve allegations that the defendants are responsible for a release or threatened release of hazardous substances, hazardous materials and/or hazardous wastes on property that they own and operate that are part of the Centredale Manor Restoration Project Superfund Site (the "Site"), in North Providence, Rhode Island.

3. Both actions have been brought (in part) pursuant to the provisions of CERCLA and allege that the defendants are responsible parties under that Act as the owners property that has been contaminated through releases of hazardous substances.

4. The plaintiffs in the actions, the State and the United States, have negotiated joint settlements with the defendants to resolve both actions, which settlements have been lodged with the Court as Consent Decrees in the matter of *United States v. Brook Village*. The State seeks to consolidate the within matter with its federal sibling in order to join in said Consent Decree.

Based on the above-referenced factors, the State requests that this matter be consolidated with *United States v. Brook Village*. The State represents that it has consulted with the United States Department of Justice, which indicates that it has no objection to this motion.

Submitted by:

STATE OF RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
By its attorney:

Brian A. Wagner (R.I. Bar No. 4033)
Deputy Chief Legal Counsel
RIDEM – Office of Legal Services
235 Promenade St.
Providence, RI 02908

Tel. – (401) 222-6607
Fax - (401) 222-3378

PATRICK LYNCH, ATTORNEY GENERAL
By his attorney:

Terence Tierney (R.I. Bar No. 2583)
Assistant Attorney General
R.I. Department of the Attorney General
150 North Main St.
Providence, RI 02903

Tel. – (401) 274-4400
Fax – (401) 273-4270

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2005, a copy of the within Memorandum in Support of Rhode Island's Motion to Consolidate was forwarded to:

Louis Matos, Esq.
United States Attorney's Office, Dist. of R.I.
50 Kenney Plaza, 8th Floor
Providence, RI 02903

Henry Friedman, Esq.
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611

Eve S. Vaudo, Esq.
New England Region, Region I
U.S. Environmental Protection Agency
Once Congress Street, Suite 1100
Boston, MA 02114-2023

Laurie Burt, Esq.
FOLEY HOAG, LLP
155 Seaport Blvd.
Boston, MA 02210

Howard Castleman, Esq.
MURTHA CULLINA, LP
99 High Street
Boston, MA 02110

Michael Melito, Esq.
R.I. Housing & Mortgage Finance Corp.
44 Washington St.
Providence, RI 02903

By regular mail, postage pre-paid.

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2005, a copy of the within Motion to Consolidate was forwarded to:

Louis Matos, Esq.
United States Attorney's Office, Dist. of R.I.
50 Kenney Plaza, 8th Floor
Providence, RI 02903

Henry Friedman, Esq.
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611

Eve S. Vaudo, Esq.
New England Region, Region I
U.S. Environmental Protection Agency
Once Congress Street, Suite 1100
Boston, MA 02114-2023

Laurie Burt, Esq.
FOLEY HOAG, LLP
155 Seaport Blvd.
Boston, MA 02210

Howard Castleman, Esq.
MURTHA CULLINA, LP
99 High Street
Boston, MA 02110

Michael Melito, Esq.
R.I. Housing & Mortgage Finance Corp.
44 Washington St.
Providence, RI 02903

By regular mail, postage pre-paid.

______________________