FILED
JUN 01 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

State of Rhode Island
Plaintiff(s)

v.
Brook Village Associates Limited Part.
and Centerdale Manor Associates
Defendant(s)

C.A. No. 05-203(S)

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Plaintiff/Defendant Centerdale Manor Assoc. hereby moves that Laurie Burt be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which Pro Hac Vice counsel specializes: CERCLA, 42 USC Sec. 9601 et seq; Environmental Litigation
- Pro Hac Vice counsel's long-standing representation of the client: Centerdale Manor Associates
- The local trial bar lacks experience in the field of: ______.
- The case involves complex legal questions under the law of a foreign jurisdiction with which ______ counsel is familiar, specifically : ______.
- The case requires extensive discovery in a foreign jurisdiction convenient to ______ counsel, as follows: ______.
- It is a criminal case, and ______ counsel is defendant's counsel of choice.
- Other: ______.

(Plaintiff/Defendant)
By: Richard J. Welch, Esquire (#4497)
Attorney for Centerdale Manor Associates
Moses Afonso Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, Rhode Island 02903

DATED: 5/24/05

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s) U.S. Dist. Ct. for Mass. and D.C. U.S. Ct. of Appeals for Mass. and D.C., Supreme Ct. of U.S., and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| [signature] | [signature] Richard J. Welch, Esquire |
| Name | Local Associate Counsel |
| | #4497 |
| | R.I. Bar ID # |
| Foley Hoag LLP | Moses Afonso Jackvony, Ltd. |
| Firm Name | Firm Name |
| 155 Seaport Blvd., Boston, MA 02210 | 170 Westminster Street, Suite 201 |
| Business Address | Business Address |
| | Providence, Rhode Island 02903 |
| 617-832-1000 Tel. # / 617-832-7000 Fax # | 401-453-3600 Tel. # / 401-453-3604 Fax # |

---

**Order:** This motion is hereby __________________.

____________________
U.S. District Judge
Date: __________________

**CERTIFICATION**

I certify that I caused to be mailed via first class mail, postage prepaid, the enclosed Motion to Admit Pro Hac Vice to the bellowed referenced counsel on the 26th day of May 2005.

Richard J. Welch

Kelly A. Johnson
Acting Assistant Attorney general
Environmental and Natural Resources Division
U.S Department of Justice
Washington, D.C. 20530

Henry S. Friedman
Senior Attorney
Environmental Enforcement Section
Environmental and Natural Resources
U.S. Department of Justice
Washington, D.C. 2004-7611

Luis Matos
Assistant United States Attorney
District of Rhode Island
Fleet Center, 50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

Eve S. Vaudo
Senior Enforcement Counsel
New England Region, Region 1
U. S. Environmental Protection Agency
One Congress Street, Suite 1100
Boston, MA 02114-2023

Brian A. Wagner
Deputy Chief Legal Counsel
RIDEM-Office of Legal Services
235 Promenade Street
Providence, Rhode Island 02908

Terence Tierney
Assistant Attorney General
R.I. Department of the Attorney General
150 North Main Street
Providence, Rhode Island 02903