**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BROOK VILLAGE ASSOCIATES LIMITED PARTNERSHIP, ET AL.<br><br>Defendants. | ) | C.A. No. 05-195S |
| STATE OF RHODE ISLAND, ET AL.<br><br>Plaintiffs<br><br>v.<br><br>BROOK VILLAGE ASSOCIATES<br><br>Defendants | ) | C.A. No. 05-203S |

**JOINT MOTION EXTENDING TIME**
**FOR SETTLING DEFENDANTS TO ANSWER COMPLAINT**

These consolidated civil actions are brought pursuant to Section 107(a) of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9607(a), as amended ("CERCLA"), the Rhode Island Industrial Property Remediation and Reuse Act, R.I. Gen. Laws §§ 23-19.14, et seq., and Water Pollution Act, R.I. Gen. Laws §§ 46-12-1, et seq., and the common law of nuisance and strict liability. By this action, the United States and the State of Rhode Island seek to recover costs that they have incurred in response to the release or threatened release of hazardous substances at or from a site known as the Centredale Manor Restoration Project Superfund Site located south of Route 44 on the eastern bank of the Woonasquatucket River, in North Providence, Rhode Island. The Defendants in this

action have previously entered into two Consent Decrees (the two Defendants have each signed a separate Decree), which, consistent with the public comment period provided by 28 C.F.R. Section 50.7, R.I. Gen. Laws §§ 23-19.14-11 and this Court's review, reflect a complete resolution of the allegations set forth in the Complaints. These Consent Decrees were lodged with the Court on the same day that the United States' Complaint was filed. In light of the proposed settlements, no purpose will be served in requiring Defendants to answer the Complaints in advance of the Court reviewing the Consent Decrees.

Accordingly, the United States of America, the State of Rhode Island and Defendants agree to extend Defendants' time to move, answer, or otherwise respond to the Complaint in this action to and including twenty (20) days after the date on which the Court has ruled upon a motion by the United States and the State of Rhode Island regarding the Consent Decrees lodged in the above-referenced actions.

CONSENTED AND AGREED TO:
FOR THE UNITED STATES OF AMERICA:

ROBERT CLARK CORRENTE
United States Attorney

[signature] Date: 7/5/05

LUIS MATOS
(RI Bar # 4425)
Assistant United States Attorney
District of Rhode Island
Fleet Center, 50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

HENRY S. FRIEDMAN
Senior Attorney
Environmental Enforcement Section
Environmental and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

FOR THE STATE OF RHODE ISLAND

Brian A. Wagner (RJT)

Brian A. Wagner (R.I. Bar No. 4033)
Deputy Chief Legal Counsel
RIDEM – Office of Legal Services
235 Promenade St.
Providence, RI 02908

Date: 7/08/05

Terence Tierney (R.I. Bar No. 2583)
Assistant Attorney General
R.I. Department of the Attorney General
150 North Main St.
Providence, RI 02903

FOR THE SETTLORS:

FOR CENTERDALE MANOR ASSOCIATES

Richard J. Welch, Esq. Date: 07/05/05
(RI Bar #4497)
Moses & Afonso
170 Westminster Street, Suite 201
Providence, RI 02903

Laurie Burt (RJW) Date: 07/05/05

Laurie Burt, Esq. Pro Hac Vice
Seth D. Jaffe, Esq. Pro Hac Vice
Foley Hoag
Seaport World Trade Center
155 Seaport Boulevard
Boston, Ma. 02210-2600

FOR BROOK VILLAGE ASSOCIATES LIMITED PARTNERSHIP

William S. Eggeling Date: 7/5/05
(RI Bar #4008)
Ropes & Gray LLP
30 Kennedy Plaza
Providence, Rhode Island 02903
(401) 455-4400

Of Counsel:
Howard J. Castleman, Esq.
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110

FOR RHODE ISLAND HOUSING AND MORTGAGE FINANCE

Michael Milito (RJW) (#2806) Date: 07/05/05

Michael Milito, Esq.
Rhode Island Housing and Mortgage Finance Corporation
44 Washington Street
Providence, RI 0290

**CERTIFICATION**

I certify that I caused to be mailed via first class mail, postage prepaid, the enclosed Motion to Admit Pro Hac Vice to the bellowed referenced counsel on the 11th day of July, 2005.

Richard J. Welch

Henry S. Friedman
Senior Attorney
Environmental Enforcement Section
Environmental and Natural Resources
U.S. Department of Justice
Washington, D.C. 20044-7611

William S. Eggeling, Esquire
Ropes & Gray LLP
30 Kennedy Plaza
Providence, Rhode Island 02903

Luis Matos
Assistant United States Attorney
District of Rhode Island
Fleet Center, 50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

Laurie Burt, Esquire
Seth D. Jaffe, Esquire
Foley Hoag
Seaport World Trade Center
155 Seaport Boulevard
Boston, Massachusetts 02210

Brian A. Wagner
Deputy Chief Legal Counsel
RIDEM-Office of Legal Services
235 Promenade Street
Providence, Rhode Island 02908

Terence Tierney
Assistant Attorney General
R.I. Department of the Attorney General
150 North Main Street
Providence, Rhode Island 02903

Michael Milito, Esquire
Rhode Island Housing and
Mortgage Finance Corporation
44 Washington Street
Providence, Rhode Island 02903